UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 2:21-cv-06252-RGK-SHK | Date: | September 15, 2021 |
|---|---|---|---|

Title:  *Andrew S. Kindle v. L.A.P.D Newton Division*

Present: The Honorable   Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

On August 13, 2021, the Court issued its Order Dismissing Complaint with Leave to Amend ("ODLA"). Electronic Case Filing ("ECF No.") 6.   The Court also provided Plaintiff with a blank Civil Rights Form and a Voluntarily Dismissal form if either was desired. Plaintiff's First Amended Complaint ("FAC") was due on before September 3, 2021.  To date, Plaintiff has failed to file a FAC within the allotted time nor has he requested an extension of time within which to do so.

Accordingly, on or before **September 29, 2021**, Plaintiff is ORDERED to either (a) advise the Court that he does not desire to pursue this action; (b) if plaintiff does desire to pursue this action, show good cause in writing, if any exists, why plaintiff has not timely filed with the Court his FAC, and why the Court should not recommend that this action be dismissed for failure to prosecute and failure to comply with the Court's prior Order; or (c) file a FAC. Plaintiff is forewarned that, failure to do either of the provided options, the Court **will** deem such failure a further violation of a Court order justifying dismissal, and also deem such failure as further evidence of a lack of prosecution on Plaintiff's part.

**IT IS SO ORDERED.**