JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW S. KINDLE,<br><br>  Plaintiff,<br><br>v.<br><br>L.A.P.D. NEWTON DIVISION,<br><br>  Defendant. | Case No. 2:21-cv-06252-RGK-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice.

Dated:  November 19, 2021

*[signature: Gary Klausner]*

HONORABLE R. GARY KLAUSNER
United States District Judge